IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Koch, et al | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 85-1636-SAC |
| Koch Industries Inc, et al | ) |
| Defendant(s). | ) |

MINUTE ORDER

Pursuant to Rule 79.4(b) of the Rules of Practice and Procedure of the United States District Court for the District of Kansas, the Clerk of the Court has identified sealed documents/files in the above-entitled civil case which was closed by entry of final judgment or order of dismissal on 7/8/98, which is more than ten years ago. Unless a motion to extend the seal pursuant to Rule 79.4(b)(2) is filed within six months from the filing date of this notice, and served on all parties to this action, the seal will be lifted and the documents/files will be forwarded to the Federal Records Center.

TIMOTHY M. O'BRIEN, CLERK

By: s/C. Schoonover
Deputy Clerk