IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLIAM I. KOCH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>KOCH INDUSTRIES, INC., *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No. 85-1636-SAC |

**UNOPPOSED JOINT MOTION**
**TO INSPECT SEALED DOCUMENTS**

COME NOW plaintiffs, by and through their attorney, Harry L. Najim of Najim Law Office, P.A., and defendants, by and through their attorney, James M. Armstrong of Foulston Siefkin LLP, and jointly move the Court for an Order allowing them or their representatives to inspect the documents filed under seal in the above-captioned matter which are the subject of the Minute Order filed herein on August 15, 2008, so a determination may be made as to their disposition.

WHEREFORE, the parties pray that the Court enter an Order granting the relief requested herein.

Respectfully submitted,

*s/Harry L. Najim*
Harry L. Najim, #07605
NAJIM LAW OFFICE, P.A.
300 W. Douglas, Suite 960
Wichita, KS 67202
316-269-0960
316-269-3055 (fax)
najimlaw@cs.com
*Attorneys for Plaintiffs*

>*s/James M. Armstrong*
>James M. Armstrong, #09271
>FOULSTON SIEFKIN LLP
>1551 N. Waterfront Parkway, Suite 100
>Wichita, KS 67206-4466
>316-291-9576
>866-346-1936 (fax)
>jarmstrong@foulston.com
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send of notice of electronic filing to all attorneys of record.

>*s/James M. Armstrong*
>James M. Armstrong, #09271